# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Jeff Berg**,
Plaintiff(s),

v.

Case No 18-cv-2919
Judge Robert W. Gettleman

**Ulmer & Berne, LLP,** *et al.*
Defendant(s).

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Motion to dismiss federal claims for failure to state a claim is granted. Court declines to exercise supplemental jurisdiction over the remaining counts. Case dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge   presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman   on a motion.

Date: 9/28/2018                    Thomas G. Bruton, Clerk of Court

Claire Newman , Deputy Clerk